FROM:
HAMILTON CI
MAY 13 2024
RECEIVED BY vm MT
FOR MAILING

Page 1.

United States District Court
Middle District of Florida
Jacksonville Division

## - Amended Complaint -

Case No. 3:23-cv-1287-HES-LLL

Plaintiff: Michael F. Thomas
     v.s
Defendant: Anthony G Parnell and Columbia County, Sheriff's Office.

Complaint Details:

On June 17th, 2022, myself and fiance (now wife) Kimberly A. Reed (now Kim A Thomas), along with my step daughter Diane Reed, were shopping inside the 'Kids Feeding Kids' Thrift Store, located in Lake City, FL, at 3268 South U.S. Highway 441, Lake City, FL 32025, (phone was: 386-288-4274), at about 3:30pm.

During that time, Deputy Anthony G. Parnell, whom is the husband of my ex-wife Wendy K. Parnell, arrived at our location in his police uniform, and a Columbia County Florida, Sheriff patrol car; then came into the store.

It is my guess that Mr Parnell showing up to look for me at that store, was possibly, just a moment of opportunity for him, since the store is just down the road from his and Mrs Parnell's apartment, located at 130 Peyton Loop, Apartment 102, Lake City, FL 32025. The store is located on the South West corner of U.S. Hwy 441 & C.R. 252,

(other side continue →)

and Mr and Mrs Parnell's apartment in on C.R. 252, just east of the store. Aparently Mr Parnell was in the area by chance, or on his way home.

While in the store shopping, I heard my name called, then turned to see a Columbia County, FL deputy I recognised, and it was Deputy Anthony G. Parnell, a Lake City, FL court bailiff, and new husband of my ex-wife Wendy Kay Parnell. Mr and Mrs Parnell married May 26th, 2022.

Mr Parnell told me to come outside alone. Kimberly wanted to follow to see what was going on; so as she began to follow, he told her to stay inside. (Personally I think he didn't want a witness, and also he did not have a right to tell her to do so, because he wasn't conducting official business, as I realized).

I followed Mr Parnell out the front door, then he stopped in front of my van. He started raising his voice, telling me something to the effect "That this is my last warning, stop following Wendy around", along with many incoherent words.
(Note: At this time, Mr Parnell didn't know that I already knew, he and Wendy had married, or had even been seeing each other, so I didn't bring their marriage up to him.)

I did attempt to speak, at which time Mr Parnell told me to shut up; which clearly violated my First Amendment Constitutional Right to freedom of speech. Making me come outside to question me to begin with, was wrongful detainment, and violated my fourteenth Constitutional right of free movement.

Page 3

Mr Parnell continued to rant. I stayed calm and collective, try to understand what he was talking about; then after a few moments, I understood he was talking about the day before (June 16th, 2022).

After Mr Parnell's ranting, I told him that I wasn't following Wendy yesterday (June 16th, 2022), that Wendy had followed me, and I had a witness.

This is a ruff summary of what I explained to Mr Parnell: On June 16th, 2022, my fiance and myself drove to 'Kids Feeding Kids' thrift store later in the day. We saw it was closed, then turned around to head back North on U.S. Hwy 441, that with in a few moments turned into U.S. Hwy 41. With a few moments after turning around, Kimberly saw Wendy's vehicle ahead of us, and said "There's your ex-wife's car up there", and she pointed towards it, maybe 200 feet or so ahead of us (in a beige 2016 KIA Optima), and Wendy was in a medium break seeming as though she was turning around to head south on U.S. Hwy 41.

I repleed "So what", and continued North on U.S. Hwy 41, passing Wendy's vehicle. (It wasn't a big deal to me, because being Lake City, FL is a small town, I sometimes see Wendy, with or without our mutual daughter Kaylin, in her vehicle at a traffic light, or parking lot, or other random places, but ignore her).

Shortly afterwards, I checked my rear view mirror randomly, to see Wendy following us, possibly a football field in distance or so behind us. I told Kimberly that Wendy was behind us, and I wanted to make sure she wasn't

(other side continued →)

actually following us, so I am going to find somewhere to turn and let her go by.

With in a few moments, there was a side road on the right hand side, and I think it was S.W. Michigan Street, so I turned right on it, then drove east bound past a few houses, but instead of just going down the complete block to where it connected to U.S. 441, I pulled into a driveway, backed out, and began heading back towards U.S. Hwy 41. But as I did so, we saw Wendy's vehicle turn east onto SW. Michigan Street, moving towards us. I told Kimberly that Wendy was behind us and I wanted I told Kim to duck down in case Wendy is about to do something crazy, like shoot at us or something, so Kimberly layed sideways towards me. I then began to pass Wendy, but she looked like she had her cell phone facing against her driver window towards us, possibly videoing. I wasn't concerned, because she followed us! We finished passing each other, then I turned north on U.S Hwy 41, and continued home, and didn't see Wendy following us anymore.

After arriving home, I called the Non-emergency number of the Lake City, FL police department about 5:31 pm, (386-752-4344), and asked to speak to someone concerning the incident. The person on duty took my phone number and said someone will call me back. I also on June 16, 2022 at 6:06pm, emailed the Lake City, FL police department as a second method of trying to reach someone and document the situation. I may not be recalling things correctly, but I think someone that was in charge after 5pm called me back, and I spoke with him about the situation. Then the next day (June 17th, 2022), later in the afternoon,

Page 5

someone called me back and spoke with me for a few moments to make sure my call and emails were followed up with, which I let that person know it was.

AFTERWARDS, when I done voluntarily explaining to Mr Parnell what actually happened, he then asked me about my family down south, and why I don't move out of the county and head back there? (I found that question slightly odd). I continued and told Mr Parnell I had my personal reasons, which consisted of my life being here for now, but mainly I was up here to stay close to my daughter, even though she does not want anything to do with me at this time. Also that there was an ongoing court case here, in which Wendy, accused me of stalking her.

I let him know that I NEVER stalked Wendy, that she has lied, drama-queened and demonized me to everyone she knows, from our daughter, her family, her friends, her co-workers, her lawyer, and judges, and that Mr Parnell himself, was acting on things Wendy hyped him up about, and she was using it all as a power play to keep our child from me, and to keep me from me from legally having my fatherly rights, and completely vindictive.

I also mentioned other details, such as before Wendy and I divorced in 2020, while both of us were living here in Lake City, FL, at different residence during our separation, that she had come over to my apartment a few times for lunch during her work break at the Lake City, FL, Courthouse as a Traffic Clerk; that she showed me where to buy furniture by sending me text with pictures, as well a various other details, to reinforce that there wasn't

(other side continued →)

any stalking going on!

I also mentioned about Wendy's adopted father 'Steven Warren Shepherd' who lives in Spring Hill, FL, having gone out of his way to stalk my apartment, when I wasn't even home; but when I on my way home, I busted him, and confronted him, but he just drove off, and I had video and pictures of Steven doing such things over several months, via my security cameras and my cell phone, all which are saved on Thumb drives, stored online, and also in the hands of my lawyer. Basically, Steven Shepherd was acting on nonsense Ms Thomas=(I said Ms Thomas, though I knew her new last name was 'Parnell') filled his ears with also. Mr Parnell has been heading down the same road, listening to the same garbage about me, none of it true.

Mr Parnell then told me "Well you don't want to mess with with her step father" (referring to Steven); I said "I am not worried about him. I have run him off before. Mr Parnell then told me it wasn't him (Steven) I had to worry about, but his friends.

I then knew at that moment, Mr Parnell knew about Wendy's step dad Steven, only because Wendy shared stories about Steven with Mr Parnell. (Steve Shepherd is a 75 year old (77 now) old biker, who hangs around criminal bikers, and thinks he's some type of vet, though he spent maybe 2 years in the military, and didn't fire a shot, or see action. Steven is basically an old idiot who thinks he's a tuff guy, but not.)

There was some other things mentioned in the conversation, but I don't recall them all. Again I didn't have to speak with Mr Parnell about a thing, but I knew he's married unfortunately to my ex-wife, and he's heard a bunch of lies from her twisted view on things, and he probably believes them; so I felt I needed to give him a taste of the truth on matters. If he believed me, well that doesn't matter so much to me, but I will not tolerate Mr Parnell acting out against me based on his poorly invested emotions flaring up, based on lies about me.

But as that conversation started to come to a close, Mr Parnell mentioned that "This is your last warning". I realized that Mr Parnell was not talking to me on 'official business', not the orders of the court, nor on the orders of the Police Department; but was doing so on a personal unofficial level, using the uniform he wears, to try and intimidate me. I was not intimidated or scared in the least bit, but the entire time of speaking with him, his questions, and attempt to intimidate me while he was in uniform; making it seem as though he had the right to use his law enforcement position position against me (the ex-husband of his new wife) while he may have been on or off duty, after leaving his court bailiff job at 4pm ruffly.

There was a few witnesses to the situation, such as my fiancé Kimberly (wife now), who stood inside the store at the glass doors a few feet away, watching everything, but also the store owner Mr Lit Cole, who was behind Kimberly, with his cell phone camera out at that time.

(other side continued →)

August 4th, 2022, about 4:15pm, Mr Parnell had also followed me home, after my family and I visited Lake Desoto, behind the court house. After leaving the Lake to head home close to the house a few blocks away, Mr Parnell apparently got off work, and saw us pass by the courthouse, which he then decided to get behind me. I saw him in my rear view mirror behind us, and typing on his police car computer, as though he was running my tag, and continued following us to my appartment, then once we pulled into our driveway, he turned around in the City Hall parking lot across the street, and headed back to Marion street to the east.

I got out of my van, approached the road towards him, and started to film him with my cell phone, as he drove away. In his head, he may have thought I was spying on Ms Parnell some how, again though I had my family with me in my van, returning from walking around Lake Desto. How I am alleged to be spying, since Mrs Parnell is in an office somewhere deep behind the walls of the Columbia County Court House, and she doesn't get off untill 5pm, and again, I had my family with me.

We just live a few blocks away North of the courthouse, so I do pass by there often. Mr Parnell at the time, had been working there for about 3 years, and I have been living at my apartment for about 3 years. I don't desire to spy on Ms Parnell, nor have I for those 3 years, or any time I have driven past the courthouse.

But This, in my assumption, is The brain washing and fear mongering Mrs Parnell has installed in Mr Parnell, her co-workers, The court, her family and friends. This has been going on since August 2017, for 5 years at the Time of Mr Parnell violating my rights, and Ms Parnell seems To be paranoid all the time, as recongnized by a few lawyers to whom I previously hired To deal with my case against Mrs Parnell and the various court hearings.

Nothing has happened To Mrs Parnell for over 5 years at That Time of Mr Parnells violation of my rights, and Nothing since, by my hands, or anyone other of us may know; Not because Ms Parnell is a ninja, or has body guards 24/7, and No one can ever get To her in a grocery store parking lot, It's because No One is out To get her! Not me befor, Now, or in The future.

Again Mr Parnell isn't scaring anyone, but This behavior if it excellerates, could lead to a bad situation for him and me in the future, all because he doesn't seem to take Things planted in his head by Mrs Parnell with a grain of salt, and the nonsense, border line crazy thinking, along with demeaning and defaming verbiage about me That spews out of Ms Parnells mouth.

Now on a personal note; I didn't think then, That The Columbia County Sheriff's office, or the Lake City, FL court are like some small Town, corrupt, good Ol' boys, boss hog Type outfits, who's out To cover each others Tail ends when they do the wrong Things, and hurt the good guys, like out of some 1980s chuck Norris Movie.

(other side continued ➔)

Since my last filed complaint which I filed with the Columbia County sheriffs office, then later copied and filed as an exhibit for the court in this lawsuit, the Columbia County sheriffs office did investigate my citizens complaint against Mr Parnell, and found Mr Parnell at fault, that my complaint was true and verified, as per a Columbia County sheriffs letter I recieved in October 2022, stated. A copy of that letter is currently an exhibit in the courts records on this case.

However in a previous much older document I filed, the original citizens complaint, on page 3 of 4, I mentioned that I didn't know if the Columbia County sheriffs office will investigate. Apparently they did later.

Also in that original citizens complaint, on pages 3 and 4, I ranted on about some facts and opinions on my past relationship with Mrs Parnell, Mr Parnells relationship with her, and my opinion at that time about Mr Parnell. However, regardless of my or Mr Parnells relationship with Mrs Parnell, that fact remains that Mr Parnell acted under color of law, while in uniform, and using an official vehicle, and violated my constitutional Rights, which was validated by the same Columbia County sheriff office Mr Parnell works for.

So do to the facts only, and official verification of those facts, I am suing, as the law allows me too, for wrongful detainment, and violating my first and fourteenth Amendment constitutional Rights, which again,

The whole situation was investigated and verified to be true by the Columbia County Sheriffs Office, who in the response letter to me, said Mr Parnell was disiplined, but didn't say how.

I don't think that a slap on the wrist to Mr Parnell is enough, due to the whole disturbing situation Mr Parnell placed himself against me in, under color of law, in an unofficial capacity, as some attempt of being a tuff guy, for a personal reason, which was his wife Mrs Parnell feeding him lies and pushing buttons.

So therefor, I have filed this lawsuit seeking damages, and for Mr Parnell to be fired. I feel as long as Mr Parnell is a deputy sheriff for Columbia County, he will continue to use color of law to harash me, and sheriff office equipment to spy on me. I may recall my details during hearing.

Mrs Parnell herself has also set a previous boyfriend to spy on me, though he was caught in the act, and ran away, but also has set her adopted step father Steven W. Shepherd to spy on and harash me, which I have had to run off, but caught on camera and video several times, and even filed an injunction against him, with documented evidence, but it was turned down, both in Columbia County, and Hernando County. Regardless of these men acting on Mrs Parnell's behalf, there must be concequences in order to force their behaviors to stop.

End of Complaint     -Thank you: Michael F. Thomas

Notes...
Sorry for any mispellings, or sloppy writting. I am only afforded a pencil at this time, and lined paper. No access to a computer or printer.

Thank you
Michael F Thomas