UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MICHAEL F. THOMAS,

        Plaintiff,

v.                                    Case No. 3:23-cv-1287-HES-LLL

ANTHONY G. PARNELL,

        Defendant.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Michael F. Thomas, a former inmate of the Florida penal system, initiated this action on November 6, 2023, by filing a Complaint for Violation of Civil Rights (Doc. 1). The complaint form, which Plaintiff signed, requires prisoners to agree to "keep a current address on file with the Clerk's Office" to avoid dismissal of the case. See Doc. 1 at 12; Doc. 20 at 11. Plaintiff was also advised that he must notify the Court in writing of any change of address. See Notice to Pro Se Litigant (Doc. 7). The website for the Florida Department of Corrections reflects that Plaintiff was released on December 21, 2024.[1] Plaintiff has not updated his address since being released.

---

[1] See Corrections Offender Network, Florida Department of Corrections, available at http://www.dc.state.fl.us/OffenderSearch/Search.aspx (last visited Feb. 13, 2025).

Additionally, Plaintiff was previously directed to respond to any motion to dismiss within 45 days. See Order (Doc. 21). Defendant filed a Motion to Dismiss (Doc. 23) on November 8, 2024. To date, Plaintiff has failed to respond or request additional time within which to do so.

Therefore, the Court directed Plaintiff to show cause, by February 3, 2025, why this case should not be dismissed for his failure to comply with the Court's Orders, failure to keep the Court apprised of his address, or otherwise prosecute the case. See Order to Show Cause (Doc. 25) (citing Rule 3.10, Local Rules, United States District Court for the Middle District of Florida). The Court advised Plaintiff that his failure to comply may result in the dismissal of this case without further notice. As of the date of this Order, Plaintiff has not complied with the Court's Order to Show Cause (Doc. 25), nor has he requested additional time in which to do so. Notably, Plaintiff has filed no documents since filing the Second Amended Complaint (Doc. 20) over 185 days ago.

Based on Plaintiff's failure to respond to this Court's Orders and to keep the Court apprised of his mailing address, the undersigned concludes that Plaintiff has failed to prosecute this action. Therefore, pursuant to Rule 41(b) and Local Rule 3.10, dismissal of this action without prejudice is appropriate. See Brown v. Tallahassee Police Dep't, 205 F. App'x 802, 802 (11th Cir. 2006).

Accordingly, it is now

**ORDERED:**

1. This case is **DISMISSED without prejudice** for Plaintiff's lack of prosecution.

2. The **Clerk** shall enter judgment dismissing this case without prejudice, terminate any pending motions, and close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this ___ day of February, 2025.

HARVEY E. SCHLESINGER
United States District Judge

caw 2/13
c:
Michael F. Thomas

3